779 A.2d 1142

**Sidonie PAVES, Petitioner**

` v.

**Dr. Barry CORSON and Carol Corson, Respondents.**

Supreme Court of Pennsylvania.

Sept. 5, 2001.

*O R D E R*

PER CURIAM:

**AND NOW,** this 5th day of September, 2001, the Petition for Allowance of Appeal is granted limited to the following issue:

Whether an award of damages may be vacated in the absence of any indication that it is excessive?